## 4625.   MOON v. THE STATE.

RUSSELL, J.   1. In order to authorize a conviction of arson, the corpus
delicti must be established independently of the confession of the ac-
cused.   *Westbrook* v. *State*, 91 *Ga.* 11 (16 S. E. 100).

2. In the present case, if the confession of the accused be eliminated, there
is not sufficient evidence to establish the corpus delicti.   Proof that
the barn was consumed by fire, without more, does not ever tend to
show that the fire was a felonious one.   Upon such proof the law pre-
sumes the fire to have been accidental.   *Kinsey* v. *State*, ante, 422;
*Sims* v. *State*, ante, 363; *West* v. *State*, 6 *Ga. App.* 105 (64 S. E. 130);
*Phillips* v. *State*, 29 *Ga.* 105; *Murray* v. *State*, 43 *Ga.* 258; *Bines* v.
*State*, 118 *Ga.* 320 (45 S. E. 376, 68 L. R. A. 33).

3. The court, in charging the jury, is not required to summarize or repeat
the evidence adduced upon the trial, though the salient contentions of
each party may properly be presented; but a summary of the evidence
favorable to the State, in a criminal case, and the omission of a like
statement of the evidence in behalf of the accused, is prejudicial to the
latter, and reversible error.   *Scott* v. *State*, 4 *Ga. App.* 73 (60 S. E.
803).

4. The statements made by the prisoner after his arrest were made under
such circumstances that they could not be said to have been voluntary
and free from the slightest hope of benefit or the remotest fear of injury.
The surroundings by which the declarant may be environed may be more
ominous and more potential in inducing a confession than the use of
threats.   Even if the statements of the prisoner in the present case
could be considered as a confession freely and voluntarily made, the
circumstances of corroboration were insufficient to authorize the con-
viction of the accused.   A confession, uncorroborated, will not authorize
a conviction.   Penal Code, § 1031.                    *Judgment reversed.*
                    DECIDED APRIL 16, 1913.

Indictment for arson; from Madison superior court—Judge
Meadow.   December 7, 1912.

*John E. Gordon, W. M. Smith, George C. Thomas,* for plaintiff
in error.

*Thomas J. Brown, solicitor-general,* contra.